THE MARY FREELAND.

DAILEY v. THE MARY FREELAND.

(District Court, E. D. New York. July 11, 1894.)

SALVAGE—DISTRIBUTION.

A schooner, broken from her moorings, and drifting through Hell Gate, was boarded by men in a rowboat, who carried a hawser to the shore,

and made it fast. Afterwards, a tug came and lay by the schooner for some hours, and then towed her back to her dock. *Held,* that the men in the rowboat were the principal salvors, and should have the largest part of the salvage.

This was a libel by John D. Dailey against the schooner Mary Freeland to recover salvage. George Forcher, James S. Bennett, and James Norton intervened by petition, claiming to share in the salvage award.

The schooner, with a cargo of paving stones, and having a canal boat attached to her, broke loose from her moorings, and drifted through Hell Gate, in the East river. Just 'at dark the captain of the canal boat, who was the only man on board, succeeded in attracting the attention of three men in a rowboat, who came out to his assistance, and, the schooner being just then near the shore, they took a hawser from her, made it fast on shore, and two of them stayed by the schooner while the third went off to find the owner, or some one who could come to her relief. Meantime, a tugboat passing up the river was attracted by the shouts of the men, came to the schooner, lay by her for some hours, and finally took her in tow, and brought her to a dock at Astoria. The rowboat men, who lost their boat during the night, came in as petitioners for salvage under the libel filed by the tugboat.

Stewart & Macklin, for Dailey.
E. A. Carpenter, for petitioners.
Owen, Gray & Sturges, for claimants.

BENEDICT, District Judge. For the salvage services rendered to the schooner Mary Freeland on the night of the 12th of September, I consider $750 a sufficient salvage compensation.

This sum should all be paid to the petitioners, George Forcher, James S. Bennett, and James Norton, except $50, which should be paid to the libelant Dailey, for the services of the tug Henry A. Crawford. The $700 may be divided among the three petitioners as follows: Three hundred dollars to the libelant Forcher, who was injured in the rendition of the service, and who also lost his boat, and the remainder divided equally among the other two petitioners. The claimants must also pay costs.